**Opinion issued February 23, 2023**



In The

# Court of Appeals

For The

## First District of Texas

———————————

### NO. 01-22-00867-CV

———————————

## IN RE FEDEX GROUND PACKAGE SYSTEM, INC., O'BRIEN INTEREST, INC., AND SHANNON WILKERSON, Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relators, FedEx Ground Package System, Inc., O'Brien Interest, Inc., and Shannon Wilkerson, filed a petition for writ of mandamus challenging the trial court's "Order Denying [Relators'] Motion for Leave to Designate Responsible Third Party."[1] In their mandamus petition, relators argue that the trial court abused

---

[1] The underlying case is *Roberto Ramirez v. FedEx Ground Package System, Inc., O'Brien Interest, Inc., Shannon Wilkerson, and Jim McCord*, Cause No.

its discretion by denying their motion for leave to designate Jim McCord as a responsible third party pursuant to Texas Civil Practice and Remedies Code Chapter 33. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 33.004.

On February 9, 2023, relators filed a motion to voluntarily dismiss their petition for writ of mandamus, stating that the relief requested in their petition for writ of mandamus had effectively been rendered moot because "[i]n his response," real party in interest, Roberto Ramirez, "appear[red] to now concede [that] Jim McCord's fault must be submitted for apportionment." Accordingly, relators "seek to voluntarily dismiss their [p]etition for [w]rit of [m]andamus." *See* TEX. R. APP. P. 52.8(a).

Relators' motion does not include a certificate of conference, but it states that "[b]ecause th[e] motion does not prevent [Ramirez] from seeking any relief to which [he] would otherwise be entitled, [Ramirez's] consent or conference is not required." The Texas Rules of Appellate Procedure require that a party filing a motion in a civil case include a "certificate stating that the filing party conferred, or made a reasonable attempt to confer, with all other parties about the merits of the motion and whether those parties oppose the motion." *See* TEX. R. APP. P. 10.1(a)(5). The rules do not include an exception to the requirement to confer for situations where the motion

---

2019-74906, in the 334th District Court of Harris County, Texas, the Honorable Dawn Rogers presiding.

2

does not prevent the other parties from seeking relief to which [they] would otherwise be entitled. However, on February 9, 2023, Ramirez filed a response to relators' motion to dismiss, stating that he "does not oppose the motion." *See* TEX. R. APP. P. 10.1(b).

Accordingly, we grant relators' motion and dismiss the petition. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Hightower, Rivas-Molloy, and Farris.